## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

Signature Terrie Vanpelt

Date 07/11/2012

Printed Name TERRIE VANPELT